## HALL v. HEARD, ACTING CORRECTIONS DIRECTOR.

No. 1269, Misc. Decided June 18, 1962.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

## WILBUR v. UNITED STATES.

No. 1383, Misc. Decided June 18, 1962.

Appellant pro se.

Solicitor General Cox for the United States.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.